O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-2252-AHM (AJWx) | Date | June 30, 2008 |
|---|---|---|---|
| Title | SPIRO KAMAR, et al. v. RADIO SHACK, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Andre E. Jardini | Andrew Marc Paley | |

**Proceedings:**   PLAINTIFF'S MOTION AND MOTION FOR CLASS CERTIFICATION UNDER RULE 23

Cause called; appearances made.

Court circulates tentative order and hears oral argument. For reasons and findings stated on the record, the Court denies the motion for class certification without prejudice. However, the Court intends to issue an order with further questions and instructions to counsel. The parties are ordered to obtain a transcript of this hearing and to split the related cost.

|  | 1 | : | 50 |
|---|---|---|---|
| Initials of Preparer | | SMO | |