O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-2252 AHM (AJWx) | Date | February 25, 2009 |
|---|---|---|---|
| Title | SPIRO KAMAR, *et al.* v. RADIO SHACK CORPORATION, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

## NOTICE OF ERRATA RE. ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT RADIOSHACK CORPORATIONS MOTION FOR JUDGMENT ON THE PLEADINGS (DOCUMENT 39)

The Court issues this order to correct the sentence on page 17, lines 1-4 of the ruling at Document 39 that starts with "Put another way,. . . ." The sentence is corrected to read: "Put another way, the fact that meal and rest break premiums were placed within Article 1 does not demonstrate that the Legislature intended to deprive workers of access to the courts to recover other legally mandated wages, such as those at issue here."

|  | : |
|---|---|
| Initials of Preparer | SMO |