JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRO KAMAR, etc., et al., | ) Case No. CV 07-2252 AHM (AJWx) |
| Plaintiffs, | ) Judge: Hon. A. Howard Matz |
| vs. | ) **ORDER STAYING PROCEDINGS PENDING APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS** |
| RADIO SHACK CORPORATION, TANDY CORPORATION, et al., | |
| Defendants. | |

1    GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that this
2 case be stayed pending RadioShack's Appeal to the Ninth Circuit Court of Appeals
3 of the Order granting class certification.
4    Because this Court may not proceed with this case in the normal course, and
5 in the interest of judicial economy, the Court finds this case should be
6 administratively closed until the completion of RadioShack's appeal.  Thereafter,
7 upon proper application by either party, the Court may reopen the case.
8    The Clerk of the Court is instructed to close this case.
9
10    **IT IS SO ORDERED.**
11
12
13 DATED: May 05, 2009
14
15
16
17 _____
   THE HONORABLE A. HOWARD MATZ
   U.S. DISTRICT COURT JUDGE
18 **Make JS-6**