André E. Jardini (State Bar No. 71335)
aej@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Plaintiffs
SPIRO KAMAR, JAMES MITCHELL, ARIANN PARTIDA, TERRAL JAMES SMITH, JOEVANNY SOLORIO and ERIC VELASCO, individuals, on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRO KAMAR, JAMES MITCHELL, ARIANN PARTIDA, TERRAL JAMES SMITH, JOEVANNY SOLORIO and ERIC VELASCO, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADIO SHACK CORPORATION, TANDY CORPORATION AND DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | NO.  CV07-02252 AHM (AJWx)<br><br>Date:  6/6/2011<br>Time:  10:00 a.m.<br>Ctrm:  14<br><br>Hearing Judge:  The Hon. A. Howard Matz<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO SET A STATUS CONFERENCE<br><br>[Filed concurrently with the Declaration of Hilary M. Goldberg] |

MEMORANDUM OF POINTS AND AUTHORITIES

I.

INTRODUCTION

Plaintiffs respectfully request that this Court set a status conference pursuant to Fed. R. Civ. P. 16(a) in order to set further scheduling to guide the parties in litigating this complex matter. Plaintiffs further seek to discuss the resolution of the briefing regarding legal issues currently pending before this Court, as well a schedule

-1-

1263469.1  08000/00835

concerning Plaintiff's proposed randomly selected statistical sample consistent with this Court's order approving methods of common proof, including surveys of a randomly selected sample and statistical sampling. *Kamar v. Radio Shack Corp.*, 254 F.R.D. 387 (C.D. Cal. 2008) *aff'd sub nom. Kamar v. RadioShack Corp.*, 375 F. App'x. 734 (9th Cir. 2010).

### A.  Procedural History

On March 1, 2009, Plaintiffs filed a class action lawsuit alleging that Defendant RadioShack failed to pay required reporting time and split shift premium pay. On January 6, 2009, this Court granted Plaintiffs' motion for class certification. On May 6, 2010, the Ninth Circuit Court of Appeals entered an order affirming this Court's class certification order.

On August 16, 2010, the parties submitted briefings regarding legal issues as ordered by the Court. On September 27, 2010, this Court conducted a hearing on the briefs re: legal issues and ordered the parties to submit a joint report to include hypothetical examples of the application of the parties' positions as set out in their briefing. The joint report was field October 18, 2010.

On March 17, 2011, RadioShack filed a notice of new authority relevant to Defendant's briefing of legal issues. On March 21, 2011, Plaintiffs filed a responsive brief.

### B.  Meet And Confer Efforts

Counsel for Plaintiffs' repeated attempts to meet and confer with defense counsel have been rebuffed. Counsel for Plaintiffs, Ms. Goldberg, left a detailed voice message for defense counsel, Mr. Paley, on March 15, 2011. (Goldberg Decl. ¶ 2.) Her call was not returned. On March 15, 2011, Ms. Goldberg wrote to Mr. Paley (with a copy to his associate, Ms. Reathaford) again articulating Plaintiffs' request to enter a stipulation to set a status conference. (Goldberg Decl. ¶ 3.) On March 24, 2011, Ms. Goldberg forwarded the March 15, 2011, email to both Mr. Paley and Ms. Reathaford, noting that she had not received a response and "writing

KNAPP, PETERSEN & CLARKE

to meet and confer concerning a proposed stipulation to get a status conference on schedule." In the email, Ms. Goldberg advised, "[p]lease be advised that if we don't hear from you, we will proceed with a noticed motion to set a status conference." (Goldberg Decl. ¶ 3.) To date, Ms. Goldberg has not received a substantive response to her phone message or to her March 15, 2011, or March 24, 2011, emails. (Goldberg Decl. ¶¶ 5-6.)

## II.
## THIS COURT HAS THE AUTHORITY TO SET A STATUS CONFERENCE

Fed. R. Civ. P. 16(a) provides:

> In any action, the court may order the attorneys and any unrepresented parties to appear for one or more pretrial conferences for such purposes as:
> (1) expediting disposition of the action;
> (2) establishing early and continuing control so that the case will not be protracted because of lack of management;
> (3) discouraging wasteful pretrial activities;
> (4) improving the quality of the trial through more thorough preparation; and
> (5) facilitating settlement.

Plaintiffs respectfully request that this Court set a status conference pursuant to Fed. R. Civ. P. 16(a) in order to set further scheduling to guide the parties in litigating this complex case, and to discuss the resolution of the extensive briefing of legal issues currently pending before this Court. Further, Plaintiffs seek to discuss methods of common proof in preparation for trial and establish damages, including potential for a statistically significant sample of the class list consistent with this Court's order approving methods of common proof, including surveys of a randomly selected sample and statistical sampling. *Kamar v. Radio Shack Corp.*, 254 F.R.D. 387 (C.D. Cal. 2008) *aff'd sub nom. Kamar v. RadioShack Corp.*, 375 F. App'x. 734

KNAPP, PETERSEN & CLARKE

1263469.1 08000/00835

1 | (9th Cir. 2010).

### III.
### CONCLUSION

Based on the foregoing, Plaintiffs respectfully request that this Court set a scheduling conference at its earliest convenience.

Dated: April 27, 2011                KNAPP, PETERSEN & CLARKE


By: /s/ André E. Jardini
    André E. Jardini
    Attorneys for Plaintiffs
    SPIRO KAMAR, JAMES MITCHELL, ARIANN PARTIDA, TERRAL JAMES SMITH, JOEVANNY SOLORIO and ERIC VELASCO, individuals, on behalf of themselves and all others similarly situated

KNAPP, PETERSEN & CLARKE

1263469.1  08000/00835