O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-2252 AHM (AJWx) | Date | March 22, 2012 |
|---|---|---|---|
| Title | SPIRO KAMAR, et al. v. RADIOSHACK CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court has received Plaintiff's Status Report regarding the California Supreme Court's decision to deny the petition for review in *Aleman v. Airtouch Cellular*, __ Cal. Rptr. 3d __, WL 6382127 *13 (2d App. Dist., Dec. 21, 2011). Accordingly, the Court lifts the stay on this case. The Court hereby takes Defendants' Motion for Reconsideration, filed on January 30, 2012, under submission and will rule on it in due course.[1] No further briefing is necessary.

:

Initials of Preparer     SMO

---

[1] Dkt. 117.