O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-02252 AHM (AJWx) | Date | March 12, 2013 |
|---|---|---|---|
| Title | SPIRO KAMAR, et al. v. RADIOSHACK CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

Unless the parties comply by 12 p.m. tomorrow with the previous requirement that they file the changes to the Settlement Agreement and Class Notice, the Court will deny preliminary approval and send this case to the wheel immediately.

                                                                                          :
                                                        Initials of Preparer        SMO